McNEIL
LEDDY &
SHEAHAN

271 South Union St.
Burlington, VT 05401
T 802.863.4531
F 802.863.1743

www.mcneilvt.com

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ALL SEASONS EXCAVATING & LANDSCAPING, INC. and ROBBY MAZZA, <br> Plaintiffs, <br><br> v. <br><br> CITY OF BURLINGTON, VERMONT, <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Case No. 2:21-CV-136 |

**ANSWER**

NOW COMES Defendant City of Burlington, by and through its attorneys, McNeil, Leddy & Sheahan, P.C., hereby answering Plaintiffs' Complaint as follows:

**FIRST DEFENSE**

1. Upon information and belief, admitted.

2. Upon information and belief, admitted.

3. Admitted.

4. Upon information and belief, admitted.

5. Insufficient information or knowledge as to Mr. Mazza's views and comments on social media; therefore, denied.

6. Insufficient information or knowledge as to what constitutes the City's "government political culture" or "extremist, leftist policies"; therefore, denied. Otherwise, denied.

7. Admitted that All Seasons has worked on projects for the City of Burlington for many years, and most recently in 2020. Otherwise, denied.

8. Admitted that All Seasons has bid on publicly announced projects offered by the City through a bid submission process. Otherwise, denied.

9. Admitted that All Seasons has been awarded publicly announced projects offered through the City's bid submission process. Otherwise, denied.

10. Admitted.

11. Admitted that the bid documents set out requirements for submitting bids. Insufficient information or knowledge regarding how All Seasons obtained the bid documents; therefore, denied. Denied that the bid documents would form a "final, written unit price contract between the City of Burlington and the successful bidder."

12. Admitted that bids needed to be submitted with a financial guarantee of five percent of the submitted bid amount, which per the terms would be non-refundable if the bidder was selected as the successful bidder. Otherwise, denied.

13. Admitted that the published bid documents on September 18, 2018 included a contract. Denied that the contract would be executed by the successful bidder and govern the terms and conditions of the Project, as All Seasons was provided with revised bid documents prior to the City's approval of the bid.

14. Denied as framed.

15. Denied as framed.

16. Insufficient information or knowledge as to All Seasons' reliance; therefore, denied.

17. Admitted that All Seasons was the successful bidder on the Project, and the City accepted All Seasons' bid of $642,260.00 with a Notice of Award on October 16, 2018. Denied that the bid was a "unit price bid."

18. Denied as framed.

McNEIL
LEDDY &
SHEAHAN

271 South Union St.
Burlington, VT 05401
T 802.863.4531
F 802.863.1743

www.mcneilvt.com

2

19. Denied as framed.

20. Denied.

21. Denied as framed.

22. Denied.

23. Denied.

24. Admitted that an item in the contract executed by All Seasons was for hydraulic mulch to be applied to an area of the Burlington Waterfront. Otherwise, denied.

25. Admitted.

26. Admitted that the bid advertisement listed 650 gallons as the amount of hydraulic mulch in the bid schedule, and admitted that on information and belief, All Seasons applied 9,700 gallons of hydraulic mulch to the designated area. Otherwise, denied.

27. Insufficient information and knowledge as to All Seasons' reliance on quantity estimates in the bid solicitation; therefore, denied. Otherwise, denied as framed.

28. Admitted that the hydraulic mulch quantity estimate was inaccurate. Otherwise, denied as framed and for lack of knowledge.

29. Insufficient information or knowledge; therefore, denied.

30. Admitted that an All Seasons supervisor alerted representatives of the City of the error in the bid documents only after 9,000 gallons of hydraulic mulch had already been applied. Otherwise, denied.

31. Denied as framed.

32. Upon information and belief, admitted that 9,700 gallons of hydraulic mulch was applied to the specified area. Otherwise, denied.

McNEIL
LEDDY &
SHEAHAN

271 South Union St.
Burlington, VT 05401
T 802.863.4531
F 802.863.1743

www.mcneilvt.com

33. Denied.

34. Denied.

35. Denied.

36. Insufficient information or knowledge as to what "All Seasons had perceived"; therefore, denied.

37. Denied.

38. Denied.

39. Admitted.

40. Denied as framed.

41. Denied.

## COUNT I – BREACH OF CONTRACT

42. Defendant hereby incorporates by reference all other paragraphs of this Answer.

43. Denied.

44. Denied.

## COUNT II – UNJUST ENRICHMENT

45. Defendant hereby incorporates by reference all other paragraphs of this Answer.

46. Admitted that All Seasons applied hydraulic mulch on the Burlington Waterfront over an area totaling approximately 97,000 square feet. Otherwise, denied as framed.

47. Denied as framed.

McNEIL LEDDY & SHEAHAN

271 South Union St.
Burlington, VT 05401
T 802.863.4531
F 802.863.1743
www.mcneilvt.com

4

48. Admitted that All Seasons made the City aware that it had already applied 9,000 gallons of hydraulic mulch to an area on the Burlington Waterfront and that the contract called for the application of hydraulic mulch. Otherwise, denied as framed.

49. Admitted that All Seasons made the City aware that more hydraulic mulch was needed only after it had already applied 9,000 gallons of hydraulic mulch to an area on the Burlington Waterfront. Otherwise, denied.

50. Denied as framed.

51. Denied.

52. Denied.

## COUNT III - § 1983 VIOLATION

53. Defendant hereby incorporates by reference all other paragraphs of this Answer.

54. The allegation states a legal conclusion, to which no responsive pleading is required; therefore, denied.

55. The allegation states a legal conclusion, to which no responsive pleading is required; therefore, denied.

56. Denied.

## AFFIRMATIVE DEFENSES

1. Failure to state a claim upon which relief can be granted.

2. Municipal immunity.

3. Defendant acted lawfully and in good faith.

McNEIL LEDDY & SHEAHAN

271 South Union St.
Burlington, VT 05401
T 802.863.4531
F 802.863.1743

www.mcneilvt.com

4. Plaintiffs were not deprived of any rights, statutory or otherwise.

5. Failure to mitigate damages.

6. Insufficiency of process.

7. Insufficiency of service of process.

8. Waiver.

9. Failure to exhaust remedies.

10. Plaintiffs' claims are barred due to the equitable doctrine of requiring Plaintiffs to have "clean hands."

11. Defendant reserves the right to assert additional defenses as they may become apparent during the course of discovery.

WHEREFORE, Defendant City of Burlington prays that judgment be entered in its favor and the Complaint be dismissed in its entirety with costs and such further relief awarded to Defendant as may be appropriate.

## JURY DEMAND

Defendant demands a trial by jury on all issues so triable.

DATED at Burlington, Vermont, this 26th day of May 2021.

CITY OF BURLINGTON

BY: /s/ Michael J. Leddy
Michael J. Leddy, Esq.
MCNEIL, LEDDY & SHEAHAN, P.C.
271 South Union St.
Burlington, VT 05401
(802) 863-4531
mleddy@mcneilvt.com

*Attorneys for Defendant City of Burlington*

6

McNEIL LEDDY & SHEAHAN

271 South Union St.
Burlington, VT 05401
T 802.863.4531
F 802.863.1743

www.mcneilvt.com

cc:    Robert J. Kaplan, Esq.
        Vermont Superior Court, Civil Division, Chittenden Unit

McNEIL
LEDDY &
SHEAHAN

271 South Union St.
Burlington, VT 05401
T 802.863.4531
F 802.863.1743

www.mcneilvt.com

7