UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ALL SEASONS EXCAVATING & LANDSCAPING, INC. and ROBBY MAZZA, <br> Plaintiffs, <br><br> v. <br><br> CITY OF BURLINGTON, VERMONT, <br> Defendant. | ) <br> ) <br> ) <br> ) Civil Case No. 2:21-cv-136 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

NOW COMES the undersigned, Michael J. Leddy, Esq. of McNeil, Leddy & Sheahan, P.C., and hereby enters the firm's appearance on behalf of the City of Burlington, defendant in the above-captioned matter.

DATED at Burlington, Vermont, this 26th day of May 2021.

McNEIL, LEDDY & SHEAHAN, P.C.

BY: _____
Michael J. Leddy, Esq.
271 South Union St.
Burlington, VT  05401
(802)863-4531
mleddy@mcneilvt.com

*Attorneys for Defendant*

cc: Robert J. Kaplan, Esq.
Vermont Superior Court, Civil Division, Chittenden Unit

400015/3

McNEIL LEDDY & SHEAHAN
271 South Union St.
Burlington, VT 05401
T 802.863.4531
F 802.863.1743
www.mcneilvt.com