<table>
<tr><td>**JEFFREY S. EATON**<br>Clerk</td><td>**United States District Court**<br>Office of the Clerk<br>District of Vermont<br>Federal Building<br>**Burlington, Vermont 05402-0945**</td><td>☐ P.O. Box 945<br>Burlington 05402-0945<br>(802) 951-6301<br><br>☒ P.O. Box 607<br>Rutland 05702-0607<br>(802) 773-0245</td></tr>
</table>

May 26, 2021

Jill Mongeon, Court Operations Manager
Vermont Superior Court, Civil Division
Chittenden Unit
175 Main Street
P.O. Box 187
Burlington, VT  05402-0187

    RE:    *All Seasons Excavating & Landscaping, Inc. et al v. City of Burlington, Vermont*

Dear Ms. Mongeon:

The above entitled action has been removed to this court and is pending as docket number *2:21-cv-136*.  I am enclosing a copy of our docket sheet for your information.

I am at this time requesting a *certified* copy of your docket sheet and the complete *original* file.  If your file is electronic, please contact our Operations Specialist (Lisa Wright, 802-951-8116) for assistance. If there is a charge for this, please bill the removing attorney:

    Michael J. Leddy. Esq.
    McNeil, Leddy & Sheahan, P.C.
    271 South Union Street
    Burlington, VT 05401

    Sincerely,

    */s/Kristin Pratico*
    Deputy Clerk

Enclosure
    Docket Sheet

Cc (no enclosure):
    Michael J. Leddy, Esq.
    Robert J. Kaplan, Esq.