# STATE OF VERMONT - CIVIL DIVISION
## CASE SUMMARY
### CASE NO. 21-CV-01046

| | | |
|---|---|---|
| All Seasons Excavating & Landscaping, Inc. and Robby Maza v. City of Burlington §§§§ | Location: | Chittenden Unit |
| | Filed on: | 04/29/2021 |

USDC - DVT
2:21-cv-136

## CASE INFORMATION

**File Date** 04/29/2021
**Filed By** All Seasons Excavating & Landscaping, Inc. and Robby Maza
**Filed Against** City of Burlington

**Case Type:** Miscellaneous - Other
**Case Status:** 06/04/2021   Disposed

**Cause of Action**
Claim

**Description/Remedy**
Action
City of Burlington

6/4/2021 — CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL AS THE SAME APPEARS ON FILE IN THIS OFFICE

_Jessica K. Mes_
CLERK, VERMONT SUPERIOR COURT

**Statistical Closures**
06/04/2021   Non Trial Disposition

## DATE | CASE ASSIGNMENT

**Current Case Assignment**
Case Number   21-CV-01046
Court   Chittenden Unit
Date Assigned   04/29/2021

## PARTY INFORMATION

**Plaintiff**   All Seasons Excavating & Landscaping, Inc. and Robby Maza

*Attorneys*
**Kaplan, Robert J.**
*Retained*
802-651-0013(W)
rkaplan@kaplanlawvt.com

**Defendant**   City of Burlington

**Leddy, Michael J.**
*Retained*
802-863-4531(W)
mleddy@mcneilvt.com

## DATE | EVENTS & ORDERS OF THE COURT | INDEX

04/29/2021   **Cause of Action**   Claim   (City of Burlington)
            Filed By         All Seasons Excavating & Landscaping, Inc. and Robby Maza
            Filed Against    City of Burlington
            Action Type      Action
            Remedies Sought

04/29/2021   📄 Civil Complaint
            Filed by:  Plaintiff  All Seasons Excavating & Landscaping, Inc. and Robby Maza

04/29/2021   **Service Due**
            City of Burlington                              served 05/05/2021

04/29/2021   📄 Summons Filed
            Filed by:  Plaintiff  All Seasons Excavating & Landscaping, Inc. and Robby Maza

04/29/2021   Jury Trial Request - Civil
            Filed by:  Plaintiff  All Seasons Excavating & Landscaping, Inc. and Robby Maza

| | | |
|---|---|---|
| 04/29/2021 | Letter Sent | |
| | *Notice of assigned case number* | |
| 04/30/2021 | Sent to Case Parties | |
| | *Automated by RIS for SOP processing - Robert J. Kaplan* | |
| 04/30/2021 | Notice to Parties | |
| | Recipients: Attorney Kaplan, Robert J. | |
| 05/12/2021 | Return of Service | |
| | Filed by: Plaintiff All Seasons Excavating & Landscaping, Inc. and Robby Maza | |
| | Party Served: Defendant City of Burlington | |
| 05/28/2021 | Document(s) Filed | |
| | *Letter filed by U.S. District Court in Burlington, VT indicating this action has been removed to District Court and is pending as docket number 2:21-cv-136; copy of their docket sheet included. Letter requests certified copy of the docket sheet and the complete file to be sent to District Court.* | |
| 06/04/2021 | Case Removed to US District Court | |
| | Filed by: Defendant City of Burlington | |
| 06/04/2021 | **Statistical Closure** | |
| | Non Trial Disposition | |
| 06/04/2021 | **Disposition - Removed to Federal Court** | |
| | Claim : City of Burlington | |
| | Comment (Case Removed to Federal Court.) | |
| 06/04/2021 | Case Closed | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff** All Seasons Excavating & Landscaping, Inc. and Robby Maza | |
| | Total Charges | 295.00 |
| | Total Payments and Credits | 295.00 |
| | **Balance Due as of 06/04/2021** | **0.00** |