|  |  |  |
|---|---|---|
| JEFFREY S. EATON<br>CLERK | **UNITED STATES DISTRICT COURT**<br>OFFICE OF THE CLERK<br>DISTRICT OF VERMONT<br>FEDERAL BUILDING<br>BURLINGTON, VERMONT 05402-0945 | ☒ P.O. BOX 945<br>BURLINGTON 05402-0945<br>(802) 951-6301<br><br>☐ P.O. BOX 607<br>RUTLAND 05702-0607<br>(802) 773-0245 |

July 21, 2021

Robert J. Kaplan, Esq.
Kaplan and Kaplan
Park Plaza, Suite 405
95 St. Paul Street
P.O. Box 405
Burlington, VT 05402-0405

Michael J. Leddy, Esq.
McNeil, Leddy & Sheahan, P.C.
271 South Union Street
Burlington, VT 05401

Re: *All Seasons Excavating & Landscaping, Inc. et al. v. City of Burlington, Vermont*
Docket No. 2:21-cv-136-cr

Dear Counsel:
The following evaluator has been assigned to the above-referenced case:

James W. Spink, Esq, Sheehey Furlong & Behm P.C., 30 Main Street, 6th Floor, P.O. Box 66, Burlington, Vermont 05483-1016.
(802) 864-9891.

Pursuant to Local Rule 16.1, the parties are now required to do the following:

- Confer with your evaluator to establish a date and time for the ENE session, while considering the specific *attendance requirements* of Local Rule 16.1(g).

- Discuss *compensation* with your evaluator. The standard fee under Local Rule 16.1(d)(3) is $500 per case to be shared equally by the parties. Fees are to be paid directly to the evaluator; no money should be sent to the U.S. District Court.

- Please observe the requirements of Local Rule 16.1(h) and (i) regarding *preparation for and conduct of* the ENE session.

If you have any questions, please feel free to contact me.

Sincerely,

*/s/ Emerson Howe*
ENE Administrator
(802) 951-8113

cc:   James W. Spink, Esq.