U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2021 JUL 22 PM 3: 10

CLERK

BY _____ ltw
DEPUTY CLERK

| | | |
|---|---|---|
| ALL SEASONS EXCAVATING & LANDSCAPING, INC. and ROBBY MAZZA, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Case No. 2:21-cv-136 |
| CITY OF BURLINGTON, VERMONT | ) ) ) | |
| Defendant. | ) | |

**STIPULATED DISCOVERY SCHEDULE/ORDER**

NOW COME the parties, by and through their respective counsel, and submit the following Discovery Schedule pursuant to Local Rule 26(a)(2):

INTRODUCTION

1.  In this case, discovery may be needed on the following subjects:

The parties anticipate conducting written discovery and depositions on all issues identified in the pleadings. Discovery will be limited to those issues identified in the pleadings.

Unless noted here to the contrary and in more detail, discovery in this matter shall not be conducted in phases or limited to particular, enumerated issues.

2.  The parties have conferred about disclosure, discovery, and preservation of electronically stored information ("ESI"). There are currently no issues which the parties are aware of regarding discovery of electronically stored information. Unless noted otherwise, ESI shall be produced in the following format(s): text searchable image files (e.g., PDF) or native files.

3. The parties have conferred about claims of privilege and claims of protection as trial-preparation materials. There are currently no issues which the parties are aware of regarding claims of privilege/protection of trial preparations materials. The parties have agreed on the following procedure to assert these claims after production: the parties shall follow the procedure contained in Federal Rules of Civil Procedure 26(b)(5)(B).

Unless specifically requested in a filing with this court, the parties' agreed procedure will not be the subject of a court order under Federal Rules of Evidence 502.

4. Any changes in the limitations on discovery imposed under the Federal Rules of Civil procedure or the Local Rules for this District shall be specifically described below.

## DEADLINES

5. The parties shall serve initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) on or before August 31, 2021.

6. The parties shall serve all interrogatories and requests for production on or before October 15, 2021.

7. Depositions of all non-expert witnesses shall be completed by January 14, 2022.

8. Plaintiffs shall submit expert witness reports on or before November 1, 2021. Depositions of Plaintiffs' expert witnesses shall be completed by December 15, 2021.

9. Defendant shall submit expert witness reports on or before December 20, 2021. Depositions of Defendant's expert witnesses shall be completed by January 26, 2022.

10. The Early Neutral Evaluation session shall be conducted on or before February 1, 2022 at 10:00 a.m. The parties have agreed that James W. Spink, Esq. will serve as the early neutral evaluator.

11. The parties shall serve all requests for admission on or before January 14, 2022.

12. All discovery shall be completed by January 26, 2022.

13. Motions for joinder of parties and amendments to the pleadings shall be filed on or before October 1, 2021.

14. All motions, including summary judgment motions, but excluding motions relating to the conduct of the trial, shall be filed on or before February 25, 2022.

15. This case shall be ready for trial by June 1, 2022.

KAPLAN AND KAPLAN

7/20/2021              BY:   /s/ Robert J. Kaplan
Date                         Robert J. Kaplan, Esq.
                             95 St. Paul Street, Suite 405
                             Burlington, VT 05401
                             (802) 651-0013
                             rkaplan@kaplanlawvt.com
                             Attorneys for Plaintiffs

McNEIL, LEDDY & SHEAHAN, P.C.

7/20/2021              BY:   /s/ Michael J. Leddy
Date                         Michael J. Leddy, Esq.
                             271 South Union Street
                             Burlington, VT 05401
                             (802) 863-4531
                             mleddy@mcneilvt.com
                             Attorneys for Defendant

**APPROVED AND SO ORDERED:**

7/21/21
Date                                       U.S. District Court Judge

3