UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ALL SEASONS EXCAVATING & LANDSCAPING, INC. and ROBBY MAZZA,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF BURLINGTON, VERMONT,<br>    Defendant. | )<br>)<br>)<br>) Civil Case No. 2:21-cv-136<br>)<br>)<br>)<br>)<br>) |

**DISCOVERY CERTIFICATE**

I hereby certify that on August 31, 2021, *Defendant's F.R.C.P. 26(a)(1) Initial Disclosures* was emailed and mailed, first class mail, postage prepaid to Plaintiff's counsel at the address below:

Robert J. Kaplan, Esq.
Kaplan and Kaplan
95 St. Paul St., Ste 405
Burlington, VT 05401
rkaplan@kaplanlawvt.com

DATED at Burlington, Vermont, this 31st day of August 2021.

CITY OF BURLINGTON

BY: /s/Michael J. Leddy
Michael J. Leddy, Esq.
McNEIL, LEDDY & SHEAHAN, P.C.
271 South Union St.
Burlington, VT 05401
(802) 863-4531
mleddy@mcneilvt.com

*Attorneys for Defendant City of Burlington*

cc: Robert J. Kaplan, Esq.

400015/3

McNEIL LEDDY & SHEAHAN
271 South Union St.
Burlington, VT 05401
T 802.863.4531
F 802.863.1743
www.mcneilvt.com