UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ALL SEASONS EXCAVATING<br>& LANDSCAPING, INC. AND<br>ROBBY MAZZA,<br>   Plaintiffs,<br><br>   v.<br><br>CITY OF BURLINGTON,<br>   Defendant. | Civil Action No.: 2:21-cv-136 |

## CERTIFICATE OF SERVICE

COMES NOW, Robert J. Kaplan, Esquire and hereby certifies that on the 31st day of August, 2021, I served

1.  *Plaintiffs' Rule 26(a)(1) Initial Disclosures*

Via email upon:

  Michael J. Leddy, Esquire
  mleddy@mcneilvt.com, Administrators@mcneilvt.com


KAPLAN AND KAPLAN

/s/  Robert J. Kaplan
Robert J. Kaplan, Esquire
95 St. Paul Street, Suite 405
Burlington, Vermont 05401
(802) 651-0013
(802) 448-3478 (fax)
rkaplan@kaplanlawvt.com



KAPLAN AND KAPLAN
ATTORNEYS AT LAW

PARK PLAZA · SUITE 405
95 ST. PAUL STREET
BURLINGTON, VT 05402
(802) 651-0013