UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

_____, )
                                                                      )
            Plaintiff(s),                       )
                                                                      )
v.                                                    )          Civil Action No. _____
                                                                      )
_____, )
                                                                      )
            Defendant(s).                    )

### **EVALUATOR'S REPORT**

Please select one:

☐ First Session Report
☐ Second Session Report
☐ Third Session Report
☐ Corrected/Revised Report
☐ Supplemental Report
☐ Other

_____, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

**(j)(1)(A):**   **Date of session:**            **Start time:**             **Finish time:**

**(j)(1)(B):**   **Names of attendees:**      **Role:**                      **Settlement authority:**
                                                                                              (check only where applicable)

**(j)(1)(C):**   **Substitute arrangements regarding attendance:**

_____
_____

**(j)(1)(D):**   **Date parties' Evaluation Statements received by Evaluator:**
    **Plaintiff(s):**   **Date:** _____
    **Defendant(s):**   **Date:** _____

**(j)(1)(E):**   **Oral presentations:**

_____
_____

**(j)(1)(F):**   **Results of session:**
**(j)(1)(F)(i):**    ☐ **Full settlement**     ☐ **Partial settlement**

   ☐ **No settlement**

**(j)(1)(F)(ii):**   **Stipulation to narrow the scope of dispute:**              ☐ **N/A**

_____
_____

**(j)(1)(F)(iii):**   **Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:**              ☐ **N/A**

_____
_____

**Scheduling another ENE session:**   ☐ **Yes**     ☐ **No**

**Other comments** (please refer to (j)(2))**:**

_____
_____
_____
_____

Dated at _____ on this _____ day of _____, ____.

_____
_____
Evaluator

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| _____, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) ) Civil Action No. _____ |
| _____, | ) ) ) |
| Defendant(s). | ) |

**CERTIFICATE OF SERVICE**

I, _____, the Early Neutral Evaluator in the above-referenced matter, do hereby certify that on the \_\_\_\_\_ day of _____, _____, I served a copy of the foregoing Evaluator's Report on the parties as indicated below.

| | | | | | |
|---|---|---|---|---|---|
| _____ | \_\_\_ CM/ECF | _____ | \_\_\_ CM/ECF | _____ | \_\_\_ CM/ECF |
| _____ | \_\_\_ U.S. Mail | _____ | \_\_\_ U.S. Mail | _____ | \_\_\_ U.S. Mail |
| _____ | \_\_\_ Hand | _____ | \_\_\_ Hand | _____ | \_\_\_ Hand |
| _____ | | _____ | | _____ | |
| _____ | | _____ | | _____ | |

Dated at _____ on this \_\_\_\_\_ day of _____, \_\_\_\_\_.

_____
_____
Evaluator