UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ALL SEASONS EXCAVATING & LANDSCAPING, INC. and ROBBY MAZZA, <br>            Plaintiffs, <br><br> v. <br><br> CITY OF BURLINGTON, VERMONT, <br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:21-cv-136 |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their counsel of record, and hereby stipulate and agree as follows:

That all claims against Defendant City of Burlington shall be dismissed ***with prejudice***, with the parties to all bear their own attorney's fees and costs under 42 U.S.C. §§ 1983 and 1988 or otherwise, all rights to appeal waived.

ALL SEASONS EXCAVATING & LANDSCAPING, INC. and ROBBY MAZZA

1/17/2023
_____
Date

BY:  /s/ Robert J. Kaplan
Robert J. Kaplan, Esq.
Kaplan and Kaplan
95 St. Paul Street, Suite 405
Burlington, VT 05401
(802) 651-0013
rkaplan@kaplanlawvt.com
Attorneys for Plaintiffs

CITY OF BURLINGTON

1/17/2023
_____
Date

BY:  /s/ Michael J. Leddy
Michael J. Leddy, Esq.
McNeil, Leddy & Sheahan, P.C.
271 South Union Street
Burlington, VT 05401
(802) 863-4531
mleddy@mcneilvt.com
Attorneys for Defendant